**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERLA MENDEZ BETANCOURT (2),<br><br>Defendant. | Case No.: 20-CR-02353-WQH<br><br>**JUDGMENT and ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT PERLA MENDEZ BETANCOURT** |

    This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Indictment in this case as to Defendant Perla Mendez BETANCOURT under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

//
//
//
//

WHEREFORE, IT IS HEREBY ORDERED that the Government's application to dismiss without prejudice the Indictment as to BETANCOURT is GRANTED.

Dated: March 22, 2021

*[signature]*
Hon. William Q. Hayes
United States District Court